UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LEROY AMADEUS HOWELL, III, )<br>)<br>Defendant. ) | Case No. 2:09-MJ-00137 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LEROY AMADEUS HOWELL, III</u>, Case No. <u>2:09-MJ-00137 DAD</u>, Charge <u>Title 18 USC §§ 2256, 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    _X_ (Other) _Pretrial Conditions as stated on the record_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 1, 2009</u> at <u>5:05</u> pm.

By     **GREGORY G. HOLLOWS**
           Gregory G. Hollows
           United States Magistrate Judge