```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  LEROY AMADEUS HOWELL III
```

FILED

MAY 29 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-210 -EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | ) |
| | ) Date: July 10, 2009 |
| LEROY AMADEUS HOWELL III | ) |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America, through LAUREL WHITE, Assistant U.S. Attorney, and defendant, LEROY AMADEUS HOWELL III, by and though his counsel, CARO MARKS, Assistant Federal Defender, that the hearing date set for June 3, 2009, be continued to July 10, 2009. The reason for the continuance is to give the defense sufficient time to review the discovery and to discuss it with the defendant. The defense will also need time to

1

inspect some of the evidence alleged to be child pornography.

The parties request that speedy trial time be excluded under the Speedy Trial Act from the date of the signing of this order up to and including July 10, 2009, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 27, 2008   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
LEROY AMADEUS HOWELL III

DATED: May 27, 2009   /s/ Caro Marks for
LAUREL WHITE
Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

DATED: 5/29/09

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2