DANIEL J. BRODERICK, #89431
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LEROY AMADEUS HOWELL III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-210 -EJG |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| LEROY AMADEUS HOWELL III | ) Date: July 31, 2009<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America, through LAUREL WHITE, Assistant U.S. Attorney, and defendant, LEROY AMADEUS HOWELL III, by and though his counsel, CARO MARKS, Assistant Federal Defender, that the change of plea set for July 10, 2009, be continued to July 31, 2009.  The reason for the continuance is to give the parties sufficient time to complete the drafting of the plea agreement, after which defense counsel must review it with the defendant. Since defense counsel will be out of the office from July 13 to July 21, the continuance is necessary to allow counsel

1

to prepare for the change of plea. Moreover, defense counsel just received about 700 pages of discovery and needs time to review it before the change of plea.

The parties request that speedy trial time be excluded under the Speedy Trial Act from the date of the signing of this order up to and including July 31, 2009, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 3, 2009            Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender


                               /s/ Caro Marks
                               CARO MARKS
                               Assistant Federal Defender
                               Attorney for Defendant
                               LEROY AMADEUS HOWELL III


DATED: July 3, 2009

                               /s/ Caro Marks for
                               LAUREL WHITE
                               Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED:   July 8, 2009           /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge

2