```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   2:09-cr-00210 EJG
                                  )
12          Plaintiff,            )   PRELIMINARY ORDER OF
                                  )   FORFEITURE
13      v.                        )
                                  )
14  LEROY AMADEUS HOWELL, III,    )
                                  )
15          Defendant.            )
    _____)
16
17      Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Leroy Amadeus Howell, III,
19  (hereafter "Leroy Amadeus Howell")it is hereby
20      ORDERED, ADJUDGED AND DECREED as follows:
21      1.  Pursuant to 18 U.S.C. § 2253, defendant Leroy Amadeus
22  Howell's interest in the following property shall be condemned
23  and forfeited to the United States of America, to be disposed of
24  according to law:
25          a)  Dell Dimension E310 CPU, with service tag H1K46B1;
                and
26
            b)  Computer Disks containing visual depictions of
27              minors engaged in sexually explicit conduct.
28      2.  The above-listed property constitutes or is traceable to
```

1 gross profits or other proceeds obtained directly or indirectly
2 from a violation of 18 U.S.C. § 2252(a)(1) and 2252(a)(4)(b) or
3 was used or intended to be used to commit or to promote the
4 commission of a violation of 18 U.S.C. § 2252(a)(1) and
5 2252(a)(4)(b).

6     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
7 designee) shall be authorized to seize the above-listed property.
8 The aforementioned property shall be seized and held by the
9 United States, in its secure custody and control.

10     4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11 U.S.C. § 853(n), and Local Rule 83-171, the United States shall
12 publish notice of the order of forfeiture.  Notice of this Order
13 and notice of the Attorney General's (or a designee's) intent to
14 dispose of the property in such manner as the Attorney General
15 may direct shall be posted for at least 30 consecutive days on
16 the official internet government forfeiture site
17 [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent
18 practicable, provide direct written notice to any person known to
19 have alleged an interest in the property that is the subject of
20 the order of forfeiture as a substitute for published notice as
21 to those persons so notified.

22       b.  This notice shall state that any person, other than
23 the defendant, asserting a legal interest in the above-listed
24 property, must file a petition with the Court within sixty (60)
25 days from the first day of publication of the Notice of
26 Forfeiture posted on the official government forfeiture site, or
27 within thirty (30) days from receipt of direct written notice,
28 whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 17th day of August, 2009.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge