# OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick, Federal Defender

Linda C. Harter, Chief Assistant Defender

## MEMORANDUM

**FILED**
AUG 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

DATE:     August 17, 2009

TO:       Colleen E. Lydon, Courtroom Clerk to
          Honorable Edward J. Garcia

FROM:     Yvonne Jurado, Secretary to
          Caro Marks, Assistant Federal Defender

SUBJECT:  United States v. Leroy A. Howell, III
          CR-S-09-210-EJG

---

This Memo will confirm defense counsel's request to continue judgment and sentencing, presently scheduled for October 9, 2009, to **Friday, November 20, 2009 at 10:00 a.m.** The following will be the new schedule for disclosure of the presentence report and for filing objections to the presentence report:

Draft Presentence Report Shall be Filed with the Court
and Disclosed to Counsel no Later than .............. October 9, 2009

Counsel's Written Objections to the Presentence Report
Shall Be Delivered to the Probation Officer No Later Than . October 23, 2009

Final Presentence Report Shall be Filed with the Court
and Disclosed to Counsel no Later than .............. October 30, 2009

Motion for Correction of the Presentence Report
Shall be Filed and Served no Later than ............. November 13, 2009

The Courtroom Clerk and all parties have been notified of the new scheduled dates.

**IT IS SO ORDERED:**

Dated: August 18, 2009.

_____
EDWARD J. GARCIA

cc: George Vidales, United States Probation Office
    Leroy A. Howell, III