**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM**

C| EJG

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**RE: Leroy Amadeus HOWELL, III**
**Docket Number: 2:09CR00210-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from November 20, 2009 to December 11, 2009, at 10:00 am. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** In order to allow the probation officer additional time to complete the presentence investigation; the parties are in agreement of the proposed continuance.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**George A. Vidales**
**Senior United States Probation Officer**

**REVIEWED BY:**

**LINDA L. ALGER**
**Supervising United States Probation Officer**

FILED
NOV 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Dated: October 19, 2009
Sacramento, California
GAV:sda

**RE: Leroy Amedeus Howell, III**
**Docket Number: 2:09CR00210-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

10/30/09
**Date**

____ **Disapproved**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.**

**LEROY AMADEUS HOWELL, III**

**Defendant.**
______________________________/

**Docket Number: 2:09CR00210-01**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/11/2009 at 10:00 am |
| Reply, or Statement of Non-Opposition: | 12/04/2009 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/27/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/20/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/13/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/30/2009 |