**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:      February 17, 2010

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia

FROM:      Becky Darwazeh, Legal Secretary to
           Caro Marks, Assistant Federal Defender

SUBJECT:   United States v. Leroy Amadeus Howell III
           Cr.S-09-210-EJG

---

   This memo is to request that the judgment and sentencing for Leroy Howell be continued from February 19, 2010 at 10:00 a.m. to March 5, 2010 at 10:00 am..  All parties are in agreement with the new scheduled date.

   Thank you for your assistance in this matter.

CM
bd

cc:   L. White, AUSA
      G. Vidales, USPO

           **IT IS SO ORDERED this 17th day of February, 2010.**


                                **/s/ Edward J. Garcia**
                                **U. S. DISTRICT JUDGE**