1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00210 EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY AMADEUS HOWELL, III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on August 19, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Leroy Amadeus Howell, III forfeiting to the United States the following property:

    a)   Dell Dimension E310 CPU, with service tag H1K46B1; and

    b)   Computer Disks containing visual depictions of minors engaged in sexually explicit conduct.

AND WHEREAS, beginning on August 21, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1 advised all third parties of their right to petition the Court
2 within sixty (60) days from the first day of publication of the
3 notice for a hearing to adjudicate the validity of their alleged
4 legal interest in the forfeited property.
5     AND WHEREAS, the Court has been advised that no third party
6 has filed a claim to the subject property, and the time for any
7 person or entity to file a claim has expired.
8     Accordingly, it is hereby ORDERED and ADJUDGED:
9     1.  A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 2253, to be
12 disposed of according to law, including all right, title, and
13 interest of Leroy Amadeus Howell, III.
14     2.  All right, title, and interest in the above-listed
15 property shall vest solely in the United States of America.
16     3.  The United States Marshals Service shall maintain
17 custody of and control over the subject property until it is
18 disposed of according to law.
19     SO ORDERED this 6th day of April, 2010.

21                         /s/ Edward J. Garcia
                          EDWARD J. GARCIA
22                        United States District Judge