| | |
|---|---|
| 1 | COSCA LAW CORPORATION |
| 2 | CHRIS COSCA (SBN 144546) |
|   | 1007 7th Street, Suite 210 |
| 3 | Sacramento, CA 95814 |
|   | (916) 440-1010 |
| 4 | Attorney for Defendant |
| 5 | LEROY HOWELL, III |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00210-WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | DATE: January 27, 2020 |
|   | TIME: 9:00 a.m. |
| LEROY AMADEUS HOWELL, III, | COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for an admit/deny hearing on January 27, 2020.

2. By this stipulation, the parties now move to vacate this hearing, and set the matter for admit/deny hearing on February 10, 2020 at 9:00 a.m.

3. This continuance will avoid a significant conflict in defense counsel's calendar and allow sufficient time to adequately advise his client.

**IT IS SO STIPULATED.**

Dated: January 9, 2020        /s/ Mira Chernick
                              MIRA CHERNICK
                              Assistant United States
                              Attorney

STIPULATION TO CONTINUE STATUS CONF         1

Dated: January 9, 2020

          /s/ Chris Cosca
          CHRIS COSCA
          Counsel for Defendant
          LEROY HOWELL, III

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 13, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE