COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
LEROY HOWELL, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEROY AMADEUS HOWELL, III,<br><br>　　　　　　Defendant. | 2:09-CR-00210-WBS<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING<br><br>DATE:　March 16, 2020<br>TIME:　9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.　By minute order, the court set this matter for a dispositional hearing on March 16, 2020.

2.　By this stipulation, the parties now move to vacate this hearing and set the matter for a dispositional hearing on March 23, 2020 at 9:00 a.m.

3.　This continuance is requested as defense counsel has a scheduling conflict and will not be in California on March 16, 2020.

**IT IS SO STIPULATED.**


Dated: March 6, 2020　　　　　　　　　　/s/ Mira Chernick
　　　　　　　　　　　　　　　　　　　MIRA CHERNICK
　　　　　　　　　　　　　　　　　　　Assistant United States
　　　　　　　　　　　　　　　　　　　Attorney

STIPULATION TO CONTINUE　　　　　　1

Dated: March 6, 2020

/s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
LEROY HOWELL, III

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE