1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   LEROY HOWELL, III
5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00210-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER REGARDING |
| v. ) | DISPOSITION FOR VIOLATION OF |
| ) | SUPERVISED RELEASE TERMS; AND |
| ) | DEFENDANT'S WAIVER OF APPEARANCE |
| LEROY HOWELL, III, ) | |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | Date:  May 18, 2020 |
| ) | Time:   9:00 a.m. |

15

16

17      The parties, Defendant LEROY HOWELL, III, represented by attorney Chris Cosca, and the

18  UNITED STATES, represented by Assistant United States Attorney Mira Chernick, along with

19  the UNITED STATES PROBATION OFFICE, by and through Supervising United States

20  Probation Officer Shannon Morehouse, hereby stipulate as follows:

21      1.  On February 10, 2020, the defendant admitted both charges in the Petition for Violation

22  of Supervised Release, to wit, Unauthorized Possession of a Cell Phone and Failure to Follow

23  the Instructions of the Probation Officer. By previous order, the matter was set for a dispositional

24  hearing on May 18, 2020.

25      2.  In light of the COVID-19 pandemic and the public health concerns related thereto, the

26  Defendant, the United States, and the United States Probation Office agree that the appropriate

27  disposition in this case is reinstatement of all existing supervised release terms and conditions.

28

                                    1

1      3.   In light of this agreed-upon disposition, Mr. Howell agrees and stipulates to the

2   following:

3          Mr. Howell acknowledges and understands all of his rights under Federal rule of
           Criminal Procedure 32.1(c), including his right to a hearing before the Court modifies the
4          conditions of his supervised release, his right to counsel, and his right to an opportunity
           to make a statement and present any information in mitigation.  Pursuant to Federal Rule
5          of Criminal Procedure 32.1(c)(2)(A), Mr. Howell explicitly waives each of those rights,
           including the right to a disposition or modification hearing concerning Charges 1 and 2 of
6          the Violation Petition.

7
           With respect to his personal appearance in Court, Mr. Howell fully waives his right to a
8          court appearance regarding Charges 1 and 2 of the Violation Petition.  He has fully
           spoken with counsel and agrees that his signature on his behalf on this stipulation
9          operates to bind him to this stipulation and these requests.  Due to the coronavirus
           pandemic, this Court has authorized counsel to sign such documents on behalf of his
10         client (CAED General Order 616), and by his signature below, defense counsel certifies
           that Mr. Howell has spoken with him fully and authorized him to sign on his behalf in
11         support of this stipulation as well as to waive any further Court appearance on this
           matter.[1]
12

13     4.   The parties and the Probation Office jointly stipulate and request the following:

14
           That the Court accept Mr. Howell's waivers in this stipulation and agree to proceed
15         without a court appearance.

16
           That the Court continue Mr. Howell under the same conditions of supervision heretofore
17         ordered on March 5, 2010.

18     5.   Should the Court grant the requests of the parties in this stipulation, the parties jointly

19   request that the May 18, 2020 disposition hearing be vacated.

20   ///

21   ///

22   ///

23   ///

24   ///

25

26   [1]      CAED General Order 616 states that "where a defendant's signature is called for, unless otherwise ordered
     by the court, defense counsel may sign electronically on the defendant's behalf using the format '/s/ name' and file
27   the signed document electronically after defendant has an opportunity to consult with counsel and consents to
     counsel's signing on defendant's behalf."
28

2

1    **IT IS SO STIPULATED.**

2

3    Dated:  May 12, 2020                    /s/ Chris Cosca
                                            CHRIS COSCA
4                                           Attorney for LEROY HOWELL, III
                                            Defendant

5

6    Dated:  May 12, 2020                    /s/ Leroy Howell, III, by counsel
                                            LEROY HOWELL, III
7                                           Defendant

8

9    Dated:  May 12, 2020                    McGREGOR W. SCOTT
                                            United States Attorney

10

11                                          /s/ Mira Chernick
                                            MIRA CHERNICK
12                                          Assistant United States Attorney

13

     Dated:  May 12, 2020                    /s/ Shannon Morehouse
14                                          SHANNON MOREHOUSE
                                            Supervising United States Probation Officer

15

16                              **ORDER**

17        The Court hereby adopts the stipulations and requests above and will issue a Revocation

18   Judgment and Commitment Order consistent with them. The Court continues Mr. Howell under

19   the same conditions of supervised release heretofore ordered on March 5, 2010.  The Court

20   hereby vacates the May 18, 2020 hearing in this matter.

21        Dated:  May 13, 2020

22                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

3